Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-05217 JSB  
**Case Name:** SANTAGATA, JOHN J.  
SANTAGATA, SHEILA J.  
**Period Ending:** 12/31/18

**Trustee:** (330640)   THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 02/23/17 (f)  
**§341(a) Meeting Date:** 03/27/17  
**Claims Bar Date:** 10/16/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 423 Horizon Dr., Saint Charles, IL 60175-0000<br>    Kane County | 325,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 Chrysler Town & Country<br>    Value changed from $14,500 to $14,000 on amended schedules<br>Costs of liquidation exceed non-exempt portion of asset | 14,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2005 Infiniti FX 35<br>    Value changed from $4,000 to $3,000 on amended schedules<br>Costs of liquidation exceed asset value | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2009 Harley Davison, 55000 miles.<br>    Value changed from $8,000 to $2,000 on amended schedules | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Household Goods and Furniture located at- | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Personal Clothing of debtor<br>    This asset not on Amended Schedules | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 850.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: BMO Harris Bank<br>    Value changed from $1,800 to $1,791 on amended schedules | 1,791.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: BMO Harris Bank | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: U.S. Bank | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Savings: U.S. Bank | 50.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-05217 JSB | **Trustee:** (330640)   THOMAS E. SPRINGER |
| **Case Name:** SANTAGATA, JOHN J. | **Filed (f) or Converted (c):** 02/23/17 (f) |
| SANTAGATA, SHEILA J. | **§341(a) Meeting Date:** 03/27/17 |
| **Period Ending:** 12/31/18 | **Claims Bar Date:** 10/16/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12   2016 1040 Return: Federal  (u) | 7,594.00 | 7,594.00 | | 7,500.00 | FA |
| 13   2016 1040-1L: State  (u) | 643.00 | 643.00 | | 500.00 | FA |
| 13   **Assets**   **Totals**  (Excluding unknown values) | **$356,778.00** | **$8,237.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee to review claims and file any objections thereto if necessary and then proceed with preparation of the Final Report

**Initial Projected Date Of Final Report (TFR):**  April 15, 2018          **Current Projected Date Of Final Report (TFR):**  March 15, 2019

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-05217 JSB | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|
| Case Name: | SANTAGATA, JOHN J. | Bank Name: | Rabobank, N.A. |
|  | SANTAGATA, SHEILA J. | Account: | ******5466 - Checking Account |
| Taxpayer ID #: | **-***6255 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/18 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/16/17 |  | John Santagata | Turnover/compromise and settlement (hearing to approve same scheduled for on 3/23/18) |  | 8,000.00 |  | 8,000.00 |
|  | {12} |  | 7,500.00 | 1224-000 |  |  | 8,000.00 |
|  | {13} |  | 500.00 | 1224-000 |  |  | 8,000.00 |
| 10/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 7,990.00 |
| 11/30/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.49 | 7,978.51 |
| 12/29/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.09 | 7,967.42 |
| 01/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.60 | 7,954.82 |
| 02/13/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/13/2018 FOR CASE #17-05217, yearly bond premium | 2300-000 |  | 2.21 | 7,952.61 |
| 02/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.67 | 7,941.94 |
| 03/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.42 | 7,930.52 |
| 04/30/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.02 | 7,919.50 |
| 05/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.53 | 7,906.97 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.99 | 7,895.98 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 12.11 | 7,883.87 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 11.71 | 7,872.16 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 6.03 | 7,866.13 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 7.11 | 7,859.02 |

Subtotals :   $8,000.00   $140.98

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 17-05217 JSB | | **Trustee:** | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| **Case Name:** | SANTAGATA, JOHN J. | | **Bank Name:** | Rabobank, N.A. |
| | SANTAGATA, SHEILA J. | | **Account:** | ******5466 - Checking Account |
| **Taxpayer ID #:** | **-***6255 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/31/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **8,000.00** | **140.98** | **$7,859.02** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **8,000.00** | **140.98** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$140.98** | |

|   |   |
|---|---|
| Net Receipts : | 8,000.00 |
| Net Estate : | $8,000.00 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5466** | 8,000.00 | 140.98 | 7,859.02 |
| | **$8,000.00** | **$140.98** | **$7,859.02** |