UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **JOHN J. SANTAGATA AND** | ) | Bankruptcy No. 17-05217 |
| **SHEILA J. SANTAGATA** | ) | |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 8, 2019, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

STEPHAN GREGOROWICZ
ROBERT J. SEMRAD & ASSOCIATES,
20 S.CLARK STREET
Chicago, IL 60603

**VIA REGULAR MAIL**

John and Sheila Santagata
423 HORIZON DR. W.
SAINT CHARLES, IL 60175

Capital One Bank (USA), N.A.
by American InfoSource LP, agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Portfolio Recovery Associates, LLC
Successor to SYNCHRONY BANK
(OLD NAVY CARD),
POB 41067
Norfolk, VA 23541

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000